WILLIAM DEGENER, as Executor of WILLIAM DEGENER, Deceased, Appellant, *v.* JOHN F. DEGENER, JR., et al., as Executors of JOHN F. DEGENER, Deceased, et al., Respondents.

(Argued January 9, 1930; decided February 11, 1930.)

*John J. O'Connell* and *Walter D. Wile* for appellant.
*Otto C. Wierum* for John F. Degener, Jr., et al., respondents.
*William Shea* for William Degener et al., respondents.

Judgment affirmed, with costs, on the ground that in the circumstances of this case the trier of the facts might properly determine that no good will of substantial value capable of being established in terms of money had been acquired by the surviving partners; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.